| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Martini, William J | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>50 Walnut Street<br>PO Box 419<br>Newark, NJ 07101-0419 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | ███████Foundation |
| 2.   Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10:31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | ████████ Foundation, Trustee | $ 22000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | The North Jersey Regional, Chamber of Commerce - Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American - Ukraine Foundation | 2/19-2/24 Ukraine, Parlimentary Election Monitor (Transportation, Meals, and Room) |
| 2. | George Mason Law School | 3/30-4/2 Miami, FL Seminar on David Hume Law (Transportation, Meals, and Room) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martini, William J** | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2.  FEDERATED KAUFMANN FUND-K | | None | L | T | | | | | |
| 3.  BROKERAGE ACCOUNT#5 | | | | | | | | | |
| 4.  Charles Schwab - CASH | A | Interest | J | T | | | | | |
| 5.  EDISON TWP NJ UT5% 1/1/06 DTD 12/1/93 | A | Interest | | | SELL | 1/1 | J | | |
| 6.  LOWER TWP NJ FIRE DIST NO 3 BK QLIFD UT 6.85% 2/1/08 REG | B | Interest | K | T | | | | | |
| 7.  MIDDLETOWN TWP NJ 5%10 GO UTX DUE 8/1/10 | B | Interest | K | T | | | | | |
| 8.  MONMOUTH CNTY NJ 5% 09 IMPT AUTH DUE 8/1/10 | A | Interest | | | SELL | 5/8 | K | | |
| 9.  NEW JERSEY ECONOMIC 5% DUE 02/01/15 | A | Interest | K | T | | | | | |
| 10.  NEW JERSEY ST CTFS 5% 6/15/11 | A | Interest | K | T | | | | | |
| 11.  NEW JERSEY ST HWY AUTH GARDEN ST PKWY 6.2% | B | Interest | K | T | | | | | |
| 12.  NEW JERSEY ST TPK AUTH TPK SER G 5.75% 1/1/09 | A | Interest | J | T | | | | | |
| 13.  NORTH ARLINGTON NJ SCH DIST 5.375% 8/1/13 | B | Interest | K | T | | | | | |
| 14.  OCEAN CITY NJ BRD 5% DUE 04/01/17 | B | Interest | K | T | | | | | |
| 15.  OCEAN CNTY J UTILS AUTH 5% 01/01/09 | B | Interest | | | SELL | 7/27 | K | | |
| 16.  RUTGERS ST UNIV NJ RFDG 5% 5/1/14 | A | Interest | | | SELL | 5/8 | K | | |
| 17.  VENTNOR CITY NJ 5% 10/1/16 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT#6 | | | | | | | | | |
| 19. ISHARES TR RUSSELL 2000 GROWTH | A | Dividend | L | T | | | | | |
| 20. ISHARES TR RUSSELL 2000 VALUE | B | Dividend | M | T | | | | | |
| 21. ISHARES TR RUSSELL 1000 VALUE | D | Dividend | N | T | | | | | |
| 22. | A | Interest | | | | | | | |
| 23. ISHARES TR RUSSELL 1000 GROWTH | B | Dividend | M | T | | | | | |
| 24. ISHARES TR MSCI EAFE FD | C | Dividend | M | T | | | | | |
| 25. Charles Schwab - CASH | A | Interest | J | T | | | | | |
| 26. IRA#2 | | | | | | | | | |
| 27. PERSHING GOVT ACCOUNT | A | Interest | | | TRASNFER OUT | 4/28 | M | | |
| 28. | | | | | BUY | 4/18 | L | | |
| 29. | | | | | BUY | 4/19 | K | | |
| 30. | | | | | BUY | 4/20 | L | | |
| 31. BANK AMER CORP NT 5.25% 02/01/2007 | A | Interest | | | SELL | 4/18 | J | | |
| 32. FORD MTR CR CO BLOBAL LANDMARK SECS GLOBAL 6.875% 2/1/06 | A | Interest | | | REDEMPTION | 2/1 | J | | |
| 33. FEDERAL HOME LN MTG CORP DEB 5.625% 3/15/11 | A | Interest | | | BUY | 1/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | BUY | 2/14 | J | | |
| 35. | | | | | BUY | 3/30 | J | | |
| 36. | | | | | SELL | 4/20 | K | | |
| 37. GENERAL DYNMAICS CORP DEB 3% 5/15/08 | | None | | | SELL | 4/18 | J | | |
| 38. GENERAL MTRS ACCEP CORP NT ALL CALLS 6.75% 1/15/06 | A | Interest | | | REDEMPTION | 1/17 | J | | |
| 39. HEWLETT PACKARD CO GLOBAL NT 3.625% 3/15/03 | A | Interest | | | SELL | 4/18 | J | | |
| 40. HOUSEHOLD FIN CORP GEN TERM NTS N/C 6.4% 6/17/08 | | None | | | SELL | 4/18 | J | | |
| 41. J P MORGAN CHASE & CO NT 5.35% 3/1/07 | A | Interest | | | SELL | 4/18 | J | | |
| 42. PITNEY BOWES CR CORP NT 5.75% 8/15/08 | A | Interest | | | SELL | 4/18 | J | | |
| 43. UNITED STATES TREAS NOTES 4.875% 2/15/12 | A | Interest | | | SELL | 4/19 | K | A | |
| 44. UNITED STATES TREAS NOTES 3% 11/15/07 | | None | | | SELL | 4/20 | J | | |
| 45. FEDERAL NATL MTG ASSN MEDIUM TERM NTS 4.375% 9/15/2012 | A | Interest | | | SELL | 4/20 | J | | |
| 46. GOLDMAN SACHS 4.125% 2008/1/15 | A | Interest | | | SELL | 4/18 | J | | |
| 47. BEAR STERNS CO INC 5.7% 2007/1/15 | A | Interest | | | SELL | 3/30 | J | | |
| 48. US TREASURY NOTES 3.5% 2009/12/15 | | None | | | SELL | 4/20 | J | | |
| 49. CIT GROUP INC 5.5% 2007/11/30 | | None | | | SELL | 4/18 | J | | |
| 50. INTERNATIONAL LEASE FIN CORP NT | A | Interest | | | SELL | 4/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5% 4/15/10 | | | | | | | | | |
| 51. US TREASURY 4.25% 2014/08/15 | A | Interest | | | SELL | 4/20 | K | | |
| 52. SBC COMMUNICATIONS 4.125% 2009/09/15 | A | Interest | | | SELL | 4/18 | J | | |
| 53. VALLEY NATIONAL BANK | A | Interest | K | T | | | | | |
| 54. VARIABLE LIFE #1 | | None | M | T | | | | | |
| 55. EQUITABLE - SEP | | None | K | T | BUY | 4/15 | J | | |
| 56. Present 401(K) | A | Interest | | | ROLLOVER | 6/26 | J | | |
| 57. Prior 401(K) | B | Interest | N | T | | | | | |
| 58. IRA#3 | | | | | | | | | |
| 59. Charles Schwab - MONEY MARKET | A | Dividend | | | REDEMPTION | 10/31 | K | | |
| 60. Charles Schwab - ADV CASH RESRV PREM | A | Dividend | K | T | BUY | 10/31 | K | | |
| 61. US TREASURY NOTE 3.5% 12/15/09 | A | Interest | | | SELL | 10/04 | L | | |
| 62. US TREASURY NOTE 4.25% 8/15/14 | C | Interest | M | T | | | | | |
| 63. US TREASURY NOTE 4.25% 11/15/13 | | None | L | T | BUY | 12/19 | L | | |
| 64. US TREASURY NOTE 4.50% 02/15/16 | A | Interest | J | T | BUY | 4/26 | J | | |
| 65. US TREASURY NOTE 4.875% 2/15/12 | D | Interest | M | T | | | | | |
| 66. US TREASURY NOTE 5.125% 5/15/16 | B | Interest | L | T | BUY | 6/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | | | | | BUY | 8/8 | K | | |
| 68. FED HOME LOAN BANK 4% 3/10/08 | B | Interest | K | T | PARTIAL SELL | 8/7 | K | A | |
| 69. FEDERAL NATIONAL MT 4.375% 9/15/12 | C | Interest | L | T | | | | | |
| 70. FEDERAL HM LN MTG 5.625%11 NOTES DUE 03/15/11 | C | Interest | L | T | BUY | 2/15 | K | | |
| 71. | | | | | BUY | 3/7 | K | | |
| 72. | | | | | BUY | 4/4 | L | | |
| 73. BANK OF AMERICA CP 5.25% 2/1/07 | B | Interest | | | SELL | 7/25 | L | | |
| 74. BEAR STEARNS CO 5.7% 1/15/07 | B | Interest | | | SELL | 4/4 | L | | |
| 75. CIT GROUP HLDGS 5.5% 11/30/07 | C | Interest | L | T | | | | | |
| 76. FORD MOTOR CR CO 6.875% 2/1/06 | B | Interest | | | REDEMPTION | 2/1 | K | | |
| 77. GENERAL DYNAMICS CO 3% 5/15/08 | B | Interest | K | T | | | | | |
| 78. GENL ELEC CAP 7.375% 01/19/10 | | None | L | T | BUY | 8/02 | L | | |
| 79. GOLDMAN SACHS 4.125% 1/15/08 | B | Interest | K | T | PARTIAL SELL | 12/18 | K | | |
| 80. HEWLETT PACKARD 3.625% 3/15/08 | B | Interest | K | T | | | | | |
| 81. HOUSEHOLD FIN CP 6.4% 6/17/08 | C | Interest | L | T | | | | | |
| 82. INTL LEASE FINANCE 5% 4/15/10 | B | Interest | K | T | | | | | |
| 83. JP MORGAN CHASE 5.35% 3/1/07 | B | Interest | | | PARTIAL | 4/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SELL | | | | |
| 84. | | | | | SELL | 7/25 | K | | |
| 85.  KRAFT FOODS INC 5.25% 6/1/07 | A | Interest | | | SELL | 6/23 | K | | |
| 86.  NATL RURAL UTIL 5.75 8/28/09 | | None | L | T | BUY | 10/06 | L | | |
| 87.  PITNEY BOWES CR 5.75% 8/15/08 | B | Interest | K | T | | | | | |
| 88.  SBC COMMUNICATIONS 4.125% 9/15/09 | C | Interest | L | T | | | | | |
| 89.  FNMA ▮▮▮▮ 6.5% 11/01/16 | A | Interest | J | T | | | | | |
| 90.  IRA#4 | | | | | | | | | |
| 91.  SCHWAB MONEY MARKET FUND | A | Dividend | J | T | BUY | 5/2 | J | | |
| 92.  HARBOR BOND FUND INST CL | B | Dividend | L | T | BUY | 5/2 | L | | |
| 93.  LOOMIS SAYLES BOND FUND | A | Dividend | K | T | BUY | 5/2 | K | | |
| 94.  HARBOR CAP APPRECIATION FUND INV CL | | None | | | BUY | 5/2 | K | | |
| 95. | | | | | SELL | 9/29 | K | | |
| 96.  HARBOR CAP APPRECIATION INST CL | A | Dividend | K | T | BUY | 9/29 | K | | |
| 97.  MAINSTAY ICAP SELECT EQUITY PORT | A | Dividend | K | T | BUY | 5/2 | K | | |
| 98. | | | | | BUY | 12/22 | J | | |
| 99.  RAINIER SMALL/MID CAP EQUITY | A | Dividend | J | T | BUY | 5/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PORTFOLIO | | | | | | | | | |
| 100. ROYCE TOTAL RETURN FUND | A | Dividend | K | T | BUY | 5/2 | K | | |
| 101. SELECTED AMERICAN SHARES CLD | | None | J | T | BUY | 5/2 | J | | |
| 102. THORNBURG INTL VALUE FD CLASS A | A | Dividend | | | BUY | 5/2 | K | | |
| 103. | | | | | SELL | 9/29 | K | A | |
| 104. THORNBRG INTLVALUE FD INST CLASS | A | Dividend | K | T | BUY | 9/29 | K | | |
| 105. IRA#5 | | | | | | | | | |
| 106. EUROPACIFIC GROWTH FUND-A | A | Dividend | J | T | BUY | 6/26 | | | |
| 107. THE GROWTH FUND OF AMERICA-A | A | Dividend | J | T | BUY | 6/26 | | | |
| 108. CAPITAL WORLD GROWTH AND INCOME FUND A | A | Dividend | J | T | BUY | 6/26 | | | |
| 109. THE INVESTMENT COMPANY OF AMERICA-A | A | Dividend | J | T | BUY | 6/26 | | | |
| 110. CAPITAL INCOME BUILDER -A | A | Dividend | J | T | BUY | 6/26 | | | |
| 111. AMERICAN BALANCED FUND -A | A | Dividend | J | T | BUY | 6/26 | | | |
| 112. CAPITAL WORLD BOND FUND A | A | Dividend | J | T | BUY | 6/26 | | | |
| 113. INTERMEDIATE BOND FUND OF AMERICA - A | A | Dividend | J | T | BUY' | 6/26 | | | |
| 114. SIMPLE IRA#1 | | | | | | | | | |
| 115. PRIME - CASH | A | Dividend | J | T | BUY | 12/31 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. FIDELITY ADV LEVERAGED CO STOCK CL T | | None | J | T | BUY | 12/31 | | | |
| 117. FIDELITY ADV STRATEGIC GROWTH CL T | | None | J | T | BUY | 12/31 | | | |
| 118. FIDELITY ADV INTERMEDIATE BOND CL T | A | Dividend | J | T | BUY | 12/31 | | | |
| 119. FIDELITY ADV STRATEGIC INCOME CL T | A | Dividend | J | T | BUY | 12/31 | | | |
| 120. FIDELITY ADV DIVIDEND GROWTH FD CL T | A | Dividend | J | T | BUY | 12/31 | | | |
| 121. FIDELITY ADV DIVERSIFIED INTL FD CL T | A | Dividend | J | T | BUY | 12/31 | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J | 05/15/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_\_\_ 5/17/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544